UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ACKERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:21-cv-00244-JAM-AC PS<br><br><br>ORDER |

On February 16, 2021, the court granted plaintiff's motion to proceed in this case in forma pauperis but rejected the complaint with leave to amend pursuant to the associated screening process. ECF No. 3. Plaintiff's amended complaint was due March 18, 2021. Plaintiff did not file the anticipated amended complaint or take any other action in this case. The court is concerned plaintiff may have abandoned this case.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended

////

////

////

1

complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: March 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE